UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:04-CR-23-4H

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **MOTION FOR REVOCATION HEARING** |
| Willie Lee Williams, Jr. | ) | |

On this the 12th day of May, 2010, comes Scott Plaster, U.S. Probation Officer, in open court at Greenville, North Carolina, who shows the court that Willie Lee Williams, Jr. appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge, with counsel on September 9, 2004, and upon a plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced to the custody of the Bureau of Prisons for a term of 68 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Willie Lee Williams, Jr. was released from custody and the term of supervised release commenced on August 4, 2008.

From evidence presented, the court finds as a fact that Willie Lee Williams, Jr, who is appearing before the court with counsel, has admitted violating the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Possessing a controlled substance.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

It now appears that the ends of justice would best be served by continuing the motion for revocation hearing before the court this date for a period of six months under the original terms and conditions imposed in this case in addition to the following special conditions:

1. The defendant shall reside with his sister, Shadava Williams, located at 3000-13 Spanish Court, Raleigh, NC, unless granted approval otherwise by the probation officer.

2. The defendant shall adhere to a curfew from 10:00pm until 5:00am, seven days a week.

3. Should the defendant violate any of the conditions of supervision during the next six months, the court shall be notified immediately and the defendant returned to court; however, should the defendant comply with all the terms and conditions imposed by the court, the court will vacate the motion for revocation in six months and continue the defendant on supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the final hearing regarding the motion for revocation of supervised release be continued for a period of six months.

This the 12th day of May, 2010.

Malcolm J. Howard
Senior U.S. District Judge