# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Willie Lee Williams, Jr.                                     Docket No. 5:04-CR-23-4H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Lee Williams, Jr., who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 9, 2004, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Willie Lee Williams, Jr. was released from custody on August 4, 2008, at which time the term of supervised release commenced.

On May 12, 2010, the defendant appeared before the court for a hearing in reference to an Amended Motion for Revocation on Offender Under Supervised Release Supervision. At that time, Mr. Williams admitted violating the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Possessing a controlled substance.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

The revocation hearing was continued by the court for a period of six months under the original terms and conditions imposed in this case, in addition to the following special conditions:

1. The defendant shall reside with his sister, Shadava Williams, located at 3000-13 Spanish Court, Raleigh, NC, unless granted approval otherwise by the probation officer.

2. The defendant shall adhere to a curfew from 10:00pm until 5:00am, seven days a week.

Willie Lee Williams, Jr.
Docket No. 5:04-CR-23-4H
Petition For Action
Page 2

3. Should the defendant violate any of the conditions of supervision during the next six months, the court shall be notified immediately and the defendant returned to court; however, should the defendant comply with all the terms and conditions imposed by the court, the court will vacate the motion for revocation in six months and continue the defendant on supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 9, 2010, the probation officer spoke with the defendant and his supervisor, Ray, at Rapid Fitness in Raleigh, NC, to discuss the defendant's work performance. The probation officer was advised the defendant would be receiving a promotion, effective August 15, 2010, to a managerial position, which would require him to be at work by 5:00am and close the gym at 11:00pm, on an as-needed basis. In an effort to afford the defendant the opportunity to further his career opportunities, it is recommended the defendant's curfew condition, which was ordered on May 12, 2010, be modified to allow the probation officer to adjust the curfew as required for work purposes only.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew from 10:00pm to 5:00am, seven days a week, or as directed by the probation officer, for work purposes only.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: August 13, 2010 |

**ORDER OF COURT**

Considered and ordered this 23rd day of Aug, 2010, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge